UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANNE GONZAGA,<br><br>    Petitioner,<br><br>v.<br><br>PAUL COPENHAVER, warden,<br><br>    Respondent.<br>_____ / | No. 10-1160 SI (pr)<br><br>**JUDGMENT** |

The petition for a writ of habeas corpus is dismissed without prejudice to petitioner filing a new petition after exhausting the administrative appeals process.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 4, 2010

                                          SUSAN ILLSTON
                                          United States District Judge